112 A.3d 1208

Thomas Francis TRUE, IV, Petitioner

v.

PENNSYLVANIA BOARD OF LAW EXAMINERS, Respondent.

No. 185 MM 2014.

Supreme Court of Pennsylvania.

April 8, 2015.

*ORDER*

PER CURIAM.

**AND NOW,** this 8th day of April, 2015, the Petition for Review per Pa.B.A.R. 222 is **DENIED.**

112 A.3d 1208

Alton D. BROWN (a/k/a Political Prisoner
# DL 4886), Petitioner

v.

COMMONWEALTH of Pennsylvania, Respondent.

No. 45 MM 2015.

Supreme Court of Pennsylvania.

April 8, 2015.

*ORDER*

PER CURIAM.

**AND NOW,** this 8th day of April, 2015, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Prohibition is **DENIED.**